IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALAN FISHER,                    )
                                )
          Plaintiff,            )       8:05CV222
                                )
     v.                         )
                                )
BNSF RAILWAY COMPANY            )       ORDER
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion to file a redacted version of the complaint (Filing No. 6). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The Clerk shall seal plaintiff's original complaint (Filing No. 1).

2) Plaintiff shall file a redacted version of the complaint on or before May 27, 2005.

DATED this 20th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court