```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                           DISTRICT OF NEBRASKA
```

ALAN FISHER,                    )
                                )
        Plaintiff,           )         8:05CV222
                                )
     v.                        )
                                )
BNSF RAILWAY COMPANY            )         ORDER
                                )
        Defendant.           )
_____)

This matter is before the Court on the motion to enlarge meet and confer deadline (Filing No. 14). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until September 12, 2005, to meet and confer and submit their Report of Parties' Planning Conference.

DATED this 20th day of July, 2005.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court