A CERTIFIED TRUE COPY

AUG 2 3 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED 8-26-05
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

8:05cv222

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-250)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,842 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

PAGE 1 OF 2

# SCHEDULE CTO-250 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-1461 | Manuel Rampola, et al. v. Viacom, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-1989 | Wilmer Moore v. Union Pacific Railroad Co. |
| **ILLINOIS SOUTHERN** | |
| ILS 4 05-4104 | Stanley Pepple, et al. v. Illinois Central Gulf Railroad Co. |
| ILS 4 05-4108 | Daniel Maynor, et al. v. Illinois Central Gulf Railroad Co. |
| **MASSACHUSETTS** | |
| MA 1 05-10812 | Beverly Pearson, et al. v. Metropolitan Life Insurance Co., et al. |
| **MARYLAND** | |
| MD 1 05-1181 | Richard Peamon v. Celotex Asbestsos Settlement Trust |
| **MINNESOTA** | |
| MN 0 04-4239 | Daniel Clarence Gallagher v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1126 | Harvey Edward Hall v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1194 | Francis Wayne Coy v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1195 | Richard Willard Eklund v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1196 | Kent Ernest Flaada v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1197 | Harry A. Friesner v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1198 | Floyd Raymond Grover v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-1199 | Lester Leroy Haveri v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1200 | Joseph Lawrence Heitzman v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-1201 | Darfrel Floyd Johnson v. Garlock Sesaling Technologies, LLC, et al. |
| MN 0 05-1202 | Harold Waino Johnson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1203 | Herbert James Johnson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1205 | Daniel Joseph Kedrowski v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1206 | Raymond W. Lindberg v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1207 | John Frederick Rokser v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1208 | Allen Eugene Scott v. Garlock Sealing Technologies, L.L.C., et al. |
| MN 0 05-1209 | Richard Roy Tornow v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 05-1210 | David Luther Trach v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-291 | William C. Fells v. Chevrolet Motor Co., et al. |
| MSS 1 05-292 | Burnell Morgan v. Auto Zone, Inc., et al. |
| MSS 1 05-295 | Ulysses George v. Auto Zone, Inc., et al. |
| MSS 1 05-296 | Joseph George v. American Brake & Clutch, Inc., et al. |
| MSS 1 05-311 | William Johnson, Sr., et al. v. Metropolitan Life Insurance Co., et al. |
| MSS 1 05-312 | Marvin Jefferson, et al. v. Crane Co., et al. |
| MSS 1 05-313 | Bobby Lee Bolton, et al. v. A.P. Green Refractories Co., et al. |
| MSS 1 05-314 | Archie Nicols v. Metropolitan Life Insurance Co., et al. |
| MSS 1 05-315 | W.C. Laird v. A.P. Green Refractories Co., et al. |
| MSS 1 05-316 | Harry Borden Stewart, et al. v. Metropolitan Life Insurance Co., et al. |
| ~~MSS 1 05-328~~ | ~~Charles Bunnell v. Metropolitan Life Insurance Co., et al.~~ **Opposed 8/16/05** |

SCHEDULE CTO-250 - TAG-ALONG ACTIONS                                    PAGE 2 OF 2

**DIST. DIV. C.A. #**        **CASE CAPTION**

NORTH CAROLINA MIDDLE
  NCM 1 05-377              Kenneth Arnold Poteat, Jr., et al. v. Aqua-Chem, Inc., et al.

NEBRASKA
  NE 8 05-214               Gordon Sanders v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-218               Larry Miller v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-219               Ronald Ringland v. Burlington Northern & Northern Railway Co.
  NE 8 05-220               Elmer Kahler v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-221               James Kremarik v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-222               Alan Fisher v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-223               Ray Moyer v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-224               Gary Heckathorn v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-225               Larry Nelson v. Burlington Northern & Santa Fe Railway Co.
  NE 8 05-226               John Elliott v. Burlington Northern & Santa Fe Railway Co.

NEW YORK WESTERN
  NYW 1 05-278              Antonio Brevetti v. Chemical Waste Management, Inc., et al.

SOUTH CAROLINA
  SC 2 05-1581              David H. Howe, et al. v. Aqua-Chem, Inc., et al.
  SC 8 02-1974              Richard L. Russell, et al. v. ACandS, Inc., et al.
  SC 8 05-1871              Jennie L. Boggs, etc. v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS 2 05-317              Adelina N. Mendoza, et al. v. Reynolds Metals Co., Inc.

VIRGINIA EASTERN
  VAE 4 05-2929             James Fred Keeton, Jr. v. ACandS, Inc., et al.
  ~~VAE 4 05-2951~~         ~~Harriett C. King v. Northrop Grumman Systems Corp., et al.~~  Opposed 8/19/05
  VAE 4 05-2952             Percy Thomas v. Union Carbide Corp., et al.

WISCONSIN WESTERN
  WIW 3 05-219              Barbara Connell, et al. v. A.W. Chesterton Co., et al.